FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

No. 1D2023-1811
_____

HAI YANG QIU,

Appellant,

v.

GARY SMITH FORD, INC.,

Appellee.

_____

On appeal from the County Court for Okaloosa County.
Jonathan V. Schlechter, Judge.


February 16, 2024

PER CURIAM.

DISMISSED.

BILBREY, TANENBAUM, and LONG, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Hai Yang Qiu, pro se, Appellant.

Mark A. Newell of Armbrecht Jackson, LLP, Mobile, AL, for Appellee.